## 18688. HARRIS *v.* THE STATE.

BLOODWORTH, J.  1.  In this State a married woman cannot legally have, control, or possess intoxicating liquor, though it be owned by her husband. *Smith* v. *State,* 34 *Ga. App.* 776 (131 S. E. 185).

84

2. The motion for a new trial contains only the usual general grounds, and the evidence authorized the conviction of the accused.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*